# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**MARITIME TUG & BARGE, INC., as**
**owner of the M/V "ISABELLE C", for exoneration**
**from or limitation of liability.**

     Plaintiff.

                                          **CASE NO. 3:05-cv-119-J-16MMH**

_____/

## ORDER TRANSFERRING CASE

Pursuant to Local Rule 1.04(b), this case is TRANSFERRED to the Honorable Henry L.

Adams, Jr., with his consent.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this 6th day of June, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:**     Counsel of Record